NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-5421
Facsimile: (213) 894-0142
E-mail: brent.whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$34,455.00 IN U.S. CURRENCY,<br>Defendant. | No. 2:20-cv-08744<br>VERIFIED COMPLAINT FOR FORFEITURE<br>18 U.S.C. § 981(a)(1)(C)<br>[USPIS] |

Plaintiff United States of America brings this claim against defendant $34,455.00 In U.S. Currency, and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an in rem civil forfeiture action brought pursuant to 18 U.S.C. § 981(a)(1)(C).

2. This Court has jurisdiction over the matter under 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

## PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $34,455.00 In U.S. Currency (the "defendant currency"), which was seized on or about February 12, 2020 during the execution of a federal search warrant at the Woodland Hills, California residence occupied by Dennis Anderson and Elizabeth Calkins (the "Woodland Hills residence").

6. The defendant currency is currently in the custody of the United States Marshals Service in this District, where it shall remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Dennis Anderson ("Anderson"), Elizabeth Calkins, and Leads and Data Solutions may be adversely affected by these proceedings.

## BASIS FOR FORFEITURE

8. This complaint arises from an investigation by the United States Postal Inspection Service ("USPIS") of a fraudulent lottery scheme using the mail to transfer money at the request of the fraudsters.

SUMMARY OF FRAUDULENT SCHEME

9. As set forth in more detail below, Anderson provided lists to fraudulent lottery schemers ("schemers") who caused victims, usually by telephone, to receive information fraudulently informing the victims that they had won a lottery or sweepstakes, including but not limited to the Publisher's Clearing House ("PCH") sweepstakes.

10. The schemers instructed the victims to send money for fictitious taxes or other fees before receiving the victims' purported lottery winnings to Anderson or Leads and Data Solutions.[1] However, there was no lottery and the victims did not win any prizes or winnings.

///

[1] The funds sent from the victims is how the schemers paid Anderson for the lists he provided to them.

LOTTERY SCHEMES

11. Lottery fraud schemes are complex schemes that require the coordination of multiple individuals.

12. The lottery scheme operates across international borders, such as between the United States and Jamaica, and begins when the fraudsters acquire lead lists of the names and addresses of potential victims to contact.

13. Lead lists are purchased through either neutral or complicit marketing companies, sometimes called lead generators. Lead generators are individuals or companies that use propriety methods to produce leads, usually in mass quantities, to sell to other businesses. The lead lists can contain hundreds, even thousands, of names of individuals.

14. Anderson has admitted to providing lead lists, through Leads and Data Solutions, to Jamaica, India, and England. In addition, Anderson has admitted that the minimum amount of an order for the lead lists Anderson sells is $500.00 at $1.50 a name.[2] Anderson has also admitted that he has, through Leads and Data Solutions, previously averaged approximately twenty-five calls a day regarding the sale of lead lists per day to different (but sometimes repeat) clients.

15. Many lists collect the names and addresses of persons who respond to lottery advertising, who buy publications from PCH, who read and buy Readers Digest and its publications, and others. The lists can be stored electronically or held in paper form.

16. Scammers use the purchased list and work from a script to contact potential victims and create a rapport with them.

///

17. Once a strong rapport is established, the fraudsters claim that the victims

---

[2] $1.50 is Anderson's rate for 1st hit names (names not previously sold to any client), and $.75 per for 2nd hit names.

must pay a fee for taxes, couriers, armored cars, or customs duties before the prize money can be released. The fee is typically hundreds or thousands of dollars. Legitimate lotteries, such as PCH, do not charge any fees before delivering prizes.

18. In schemes such as this, victims pay the schemers in numerous ways, including by mailing cash, mailing gift cards or other stored value cards, depositing funds into U.S. bank accounts controlled by or associated with the schemers, wiring money through a money service business such as MoneyGram or Western union, or by traditional wire transfers from the victims' bank accounts to fraudsters' bank accounts in the United States, Jamaica, and elsewhere.

19. Sometimes, victims wire or otherwise send their funds to other victims, witting or unwitting, or to other third parties at the direction of the fraudsters.

20. Victims and third parties act as "mules" by carrying out the schemers' instructions to transfer all or part of the victim funds the "mules" receive to the schemers (or to other mules).

21. During the rapport-building stage, fraudsters often obtain significant personally identifiable information about the victims, including social security numbers, dates of birth, driver license numbers, and bank account numbers. Sometimes, the fraudsters use this information to create fraudulent identification, access victims' bank accounts or investments, or request that financial institutions add the fraudsters as authorized users of victims' financial accounts.

22. Sometimes after a victim is convinced to send money one time, the fraudsters will "reload" the victim to fraudulently obtain more money, by claiming that additional fictitious fees are required before the prize money can be paid. Lottery frauds can last for long periods, resulting in victims losing thousands of dollars, or even their entire life savings.

23. Fraudsters regularly change the addresses, names and the bank accounts to which victims are asked to send money, to avoid detection by law enforcement officers.

///

INITIAL COMPLAINT – MARCH 2019

24. In March 2019, an employee at the Woodland Hills Post Office reported receiving a call from an elderly customer ("C.A.") in West Virginia. C.A. asked the post office to intercept an Express mail package mailed to Anderson at the Woodland Hills residence. C.A. stated that someone told C.A. that C.A. had won a prize from PCH and instructed C.A. to send $400 in gift cards to Anderson at the Woodland Hills residence to obtain the winnings. C.A. realized it was a fraud and wanted the package intercepted.

25. A Woodland Hills Post Office employee reported that while that employee was on the telephone with C.A., a customer claiming to be Anderson came in to pick up the package. The employee advised Anderson that the employee thought that the carrier had taken the package back out and would call Anderson when the package came in.

26. Woodland Hills Post Office employees checked for additional parcels, and located two more parcels, including one containing a $500 money order and another containing $480 in U.S. currency, being shipped to the Woodland Hills residence. The parcels were addressed to Leads and Data Solution and Anderson, as set forth in the table below.

| Victim | Express Mail No. | Contents | Date Mailed | Address Mailed To | Date Received |
|---|---|---|---|---|---|
| ER | EE404047300US | $500 USPS MO | 3/13/2019 | Leads and Data Solutions, [Street Address], Woodland Hills, CA | Intercepted |
| CA | EE459243140US | $400 Gift Cards | 3/14/2019 | Dennis Anderson, [Street Address], Woodland Hills, CA | Intercepted |
| LF | EE373407986US | $480 | 3/13/2019 | Leads and Data, [Street Address], Woodland Hills, CA | Intercepted |

INTERVIEW OF 2019 LOTTERY/SWEEPSTAKES VICTIMS

27. On March 15, 2019, victim E.R. was interviewed and provided the following information. Someone name "Mark" called E.R. and told E.R. that E.R. had won prize money. E.R. had been dealing with the representative of the prize money for months and sent thousands of dollars to pay for taxes. Mark informed E.R. that the taxes

had to be paid up front, so that E.R. would not have any problems once E.R. received the prize money. E.R. sent cash, money orders, and gift cards to the Woodland Hills residence, in payment of the taxes and other fees.

28. On March 15, 2019, victim C.A. was interviewed and provided the following information. C.A. believed that C.A. was involved in a PCH scam. Someone using the name "David Johnson," but with a woman's voice, had called C.A. and stated that C.A. had won $3.5 million dollars. The person using the name David Johnson told C.A. that C.A. had to pay $3,500 in taxes to receive the prize and to send the money in a parcel via FedEx. However, because C.A. did not know how to find the FedEx hub, C.A. was directed to send the parcel via the post office. C.A. was instructed to purchase $400 in gift cards and send the gift cards via Express Mail to the Woodland Hills residence. After C.A. mailed the parcel, C.A. realized the request and information regarding the $3.5 million-dollar win was a fraud and immediately called the post office in Woodland Hills and requested that the parcel be intercepted.

29. On March 15, 2019, L.F. was interviewed and provided the following information. "A while back" L.F. spoke with someone on the phone who informed L.F. that L.F. had won the Mega Millions. L.F. lives alone and claimed to be all out of money at that time. Eventually, L.F. sent $480 to "Leads and Data" addressed to the Woodland Hills residence.

INTERVIEW WITH ANDERSON

30. On March 15, 2019, postal inspectors interviewed Anderson with regard to the aforementioned victim parcels addressed to Anderson and/or Anderson's business, Leads and Data Solutions.

31. Anderson admitted that he operated a business called Leads and Data Solution where Anderson provided clients with lead lists and targeted data for marketing or sales purposes. The lists included information like names, addresses, phone numbers, age, income and other targeted data specific to the needs of each client.

///

32. Anderson stated that he did not always know what the clients did with the leads.

33. Anderson stated that he worked with clients from all over the world, including the United States, Jamaica, India, and England. Anderson maintained communication with the clients via email, mobile phone and a business website.

34. When Anderson was asked about the parcel received from E.R. containing the $500 money order, Anderson stated that the parcel was returned to the mail carrier upon request. Anderson further stated that the money order was payment from an international client.

35. Anderson accepted payments by PayPal, wire transfers, and the USPS, and on occasion by mail. Anderson explained that some of the international clients (those in India) did not have access to methods of electronic funds transfer and relied on family or friends in the United States to mail payments to Anderson.

36. United States Postal Inspectors told Anderson that E.R., C.A. and L.F. were not relatives or friends of anyone in Jamaica or India but in fact, victims of a lottery fraud scheme and the victims believed the payments were in order to collect a lottery/sweepstakes prize. In addition, the Postal Inspectors told Anderson that the perpetrators of these schemes purchased lead lists from individuals like Anderson to target victims. Anderson stated he would be willing to return victim funds received in the future, but did not know how to identify those funds. The Postal Inspectors advised Anderson that any payments Anderson received from individuals in the U.S. on behalf of Anderson's clients in Jamaica were most likely victim funds and should raise red flags for Anderson.

37. Anderson acknowledged his awareness of such fraud schemes, but did not think that the payments Anderson had been receiving were from victims because they were made out to the business. Anderson believed victims should have known it was not

for a lottery/sweepstakes prize because the funds were issued to Anderson's business.[3] The Postal Inspectors provided Anderson with a letter issued by the USPIS that is typically issued to those involved as unlicensed money transmitters in fraudulent lottery schemes.

ANDERSON WEBSITE

38. The following information was contained on February 6, 2020 on a website (i.e., www.leads-data-solutions.com ) that Anderson had provided to Postal Inspectors during a 2019 interview. On the "Leads Generation" tab, it shows approximately 10 different lead lists that are available. One of the lists available is called "Sweepstakes Leads." The page provides, in part:

a. "Offering a diverse range of responsive Sweepstakes Leads at affordable prices. If you require 65 years of age and older. We have that upon request."

b. "Lead and Data Solutions offers some of the best leads available, our leads are new, fresh and hot, 1 to 10 day old leads are our specialty Sweepstakes leads are proven winners for telemarketing and mailing programs."

c. "Impulsive buyers looking for the "Big Score."

d. "Our extensive database of known, lottery, sweepstakes players will increase your close ration and rake in the big bucks for you."

e. "Use them for magazine offers, identification theft, low interest credit card offers, astrology, insurance programs, travel, lucky coins."

RECENT VICTIMS

39. On or about February 5, 2020, a postal database showed the Woodland Hills Address received several Express Mail parcels mailed form March 27, 2019 to January 23, 2020 from different areas of the United States, a few of the parcels are set forth in the below table.

40.

[3] In actuality, C.A. addressed the parcel to Anderson, not to Leads and Data Solutions.

| Victim | Express Mail No. | Contents | Date Mailed | Address Mailed To | Date Received |
|---|---|---|---|---|---|
| BS | EJ041051510US | $2,800 in Cash | 1/16/2020 | Lead and Solutions, [Street Address], Woodland Hills, CA | 1/17/2020 |
| EM | EJ169553545US | $400 | 1/15/2020 | Leebs and Data, [Street Address], Woodland Hills, CA | Intercepted |
| AJH | EJ192453872US | $500 Cashier's Check | 1/23/2020 | Leads and Data Solutions, [Street Address], Woodland Hills, CA | 1/24/2020 |

41. On February 4, 2020, a USPIS employee interviewed B.S. who provided the following information. B.S. sent $2,800 in cash secreted inside a magazine to the Woodland Hills residence to pay fees for winning the PCH. After B.S. sent the $2,800, B.S. sent an additional $400 to an address in Texas. One of the scammer's phone numbers was from an 876 area code, which is an area code that belongs to the country of Jamaica.

42. On February 5, 2020, a Postal Inspector interviewed E.M. who was a victim of multiple frauds, and provided the following information. On or about January 15, 2020, E.M. sent $400 to "Leebs and Data Solutions" at the Woodland Hills residence after receiving instructions by someone named Regina Wright. The money was supposed to be for a lawyer so E.M. could receive a refund for all the money that E.M. had sent to claim E.M.'s PCH winnings of 8.5 million dollars. E.M. recalled the parcel after someone (E.M. believes it was someone from the post office) told E.M. the parcel was a result of fraud. E.M. then requested the parcel be intercepted and returned to E.M.

43. On February 7, 2020, a USPIS employee interviewed A.J.H. regarding an Express Mail parcel addressed to "Leads and Data Solutions" at the Woodland Hills residence, and who provided the following information. A.J.H. had been contacted numerous times by a person claiming to be the president of Mega Millions, Phillip Wash, who advised that A.J.H. had won 18.5 million dollars. A.J.H. sent a $500 cashier's check to the Woodland Hills residence to pay for storage fees for the 18.5 million dollar prize.

CLAIM FOR RELIEF

44. Plaintiff incorporates the allegations of paragraphs 1-43 above as though fully set forth herein.

45. Based on the above, plaintiff United States of America alleges that the defendant currency constitutes or is derived from proceeds traceable to violations of 18 U.S.C. §§ 1341 (mail fraud), and 1343 (wire fraud), each of which is a specified unlawful activity as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B). The defendant currency is therefore subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, plaintiff United States of America prays:

(a) that due process issue to enforce the forfeiture of the defendant currency;

(b) that due notice be given to all interested parties to appear and show cause why forfeiture should be not be decreed;

(c) that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d) for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

Dated: September 23, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## VERIFICATION

I, Christine A. Reins-Jarin, hereby declare that:

1. I am a Postal Inspector of the United States Postal Inspection Service.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 23, 2020 in Los Angeles, California.

CHRISTINE A. REINS-JARIN
Postal Inspector
United States Postal Inspection Service